IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             No. CR- 11-0154-2  MMC

      Plaintiff,                       **ORDER FOR VOLUNTARY SURRENDER**

  v.

ELISONDO VARELAS,

      Defendant.
_____/

      Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

      IT IS HEREBY ORDERED THAT:

      (1)    A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

      (2)    Defendant shall immediately report to the United States Marshal's Office, Room 20006, 450 Golden Gate Avenue, San Francisco, for further instructions, which Defendant shall follow precisely.

      (3)    As Notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on <u>Monday,  July 16, 2012.</u>  If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal by 2:00 p.m. on the surrender date.

      (4)    Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

      <u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: May 9, 2012                          _____
                                                            MAXINE M. CHESNEY
                                                             UNITED STATES DISTRICT JUDGE