AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America <br> v. <br> Elisondo Varelas | Case No: CR-11-00154-002 MMC <br> USM No: 15606-111 |
| Date of Original Judgment: <br> Date of Previous Amended Judgment: 05/14/2012 <br> *(Use Date of Last Amended Judgment if Any)* | Shilpi Agarwal/Gabriela Bischof (AFPDs) <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 140 months **is reduced to** 135 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/14/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/08/2015

*Judge's signature*

Effective Date: 11/01/2015     Honorable Maxine M. Chesney, Senior U.S. District Judge
*(if different from order date)*     *Printed name and title*